## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

JOHN W. HICKS,                          )
                                        )
        Plaintiff,              )
                                        )
                                        ) No. Civ-04-498-S
                                        )
vs.                                     )
                                        )
JO ANNE B. BARNHART, Commissioner,      )
Social Security Administration,         )
                                        )
        Defendant.              )

## ORDER

On September 29, 2006, United States Magistrate Judge for this district entered Findings and Recommendations in the above referenced case, recommending that this Court affirm the Secretary's decision as determined by the Administrative Law Judge ("ALJ") denying benefits to Plaintiff. A timely objection was filed.

This Court finds the Findings of the Magistrate/Judge affirming this case are supported by the record.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 1st day of November, 2006.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma